IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM YOUNG SUTHERLAND,

    Plaintiff,                      No. CIV S-09-2391 WBS DAD P

    vs.

S. HERRMANN, et al.,

    Defendants.              <u>ORDER</u>

/

        On February 10, 2010, defendants filed a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff has not opposed the motion.[1]

        Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On October 1, 2009, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

/////

---

[1] If plaintiff no longer wishes to proceed with this matter, he should file a request to dismiss this action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

1

1   Local Rule 110 provides that failure to comply with the Local Rules "may be
2 grounds for imposition of any and all sanctions authorized by statute or Rule or within the
3 inherent power of the Court."  In the order filed October 1, 2009, plaintiff was advised that
4 failure to comply with the Local Rules may result in a recommendation that the action be
5 dismissed.
6   Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days
7 of the date of this order, plaintiff shall file an opposition, if any, to defendants' motion to
8 dismiss.  Failure to file an opposition will be deemed as a statement of non-opposition and shall
9 result in a recommendation that this action be dismissed pursuant Federal Rule of Civil
10 Procedure 41(b).
11 DATED: March 23, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

14 DAD:9
suth2391.46