IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM YOUNG SUTHERLAND,

    Plaintiff,                    No. CIV S-09-2391 WBS DAD P

    vs.

S. HERRMANN, et al.,

    Defendants.               <u>ORDER</u>

                              /

          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 8, 2010, plaintiff filed a motion for leave to depose plaintiff's incarcerated witnesses. Plaintiff, who is incarcerated at Pleasant Valley State Prison in Coalinga, California, seeks permission to take the deposition of two inmates incarcerated at California State Prison-Sacramento.[1] Plaintiff alleges that these inmates were incarcerated with him at the time of the events alleged in the complaint and were first hand witnesses thereto.

/////

/////

/////

---

[1] Plaintiff requests leave to depose three inmate witnesses, but he has only identified two inmates in the motion.

1

1 | Good cause appearing, IT IS HEREBY ORDERED that within twenty days from
2 | the date of this order defendants shall file and serve a response to plaintiff's motion. Plaintiff's
3 | reply, if any, shall be filed and served within ten days thereafter.
4 | DATED: November 12, 2010.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
suth2391.o