FILED

DEC 22 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM YOUNG SUTHERLAND, | Case No. 2:09-cv-2391-WBS-DAD |
| Plaintiff, | **ORDER** |
| v. | |
| S. HERRMANN, et al., | |
| Defendants. | |

Defendants' December 3, 2010 request to conduct Plaintiff Sutherland's deposition via video-conference (Docket No. 39) is granted. Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain video-conferencing equipment if it is not already available.

Dated: December 22, 2010

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:09-cv-2391-WBS-DAD)