IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM YOUNG SUTHERLAND, | No. 2:09-cv-2391 WBS DAD P |
| Plaintiff, | |
| vs. | |
| S. HERMANN, et al., | AMENDED ORDER SETTING SETTLEMENT CONFERENCE |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  Pursuant to order filed April 12, 2013 (ECF No. 110), this matter is set for settlement conference before Magistrate Judge Allison Claire on June 11, 2013, at 9:00 a.m. at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #26.

Good cause appearing, IT IS HEREBY ORDERED that each party shall provide a confidential settlement conference statement to Sujean Park, 501 I Street, Suite 4-200, Sacramento, California 95814, or via e-mail at spark@caed.uscourts.gov, so they arrive no later than June 4, 2013 and file a Notice of Submission of Confidential Settlement Conference Statement (See Local Rule 270(d)).

1        Settlement statements **should not be filed** with the Clerk of the court **nor served on any other party**. Settlement statements shall be clearly marked "confidential" with the date and time of the settlement conference indicated prominently thereon.

       The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:

       a. A brief statement of the facts of the case.

       b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

       c. A summary of the proceedings to date.

       d. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

       e. The relief sought.

       f. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.

       g. A brief statement of each party's expectations and goals for the settlement conference.

DATED: May 17, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
suth09cv2391.set2