1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM YOUNG SUTHERLAND,              No.  2:09-cv-2391 WBS DAD P

12              Plaintiff,

13       v.                                 ORDER

14   S. HERRMANN, et al.,,

15              Defendants.

16

17          The above-captioned case has been settled at a settlement conference before the

18   undersigned.  The court now orders that documents disposing of the case be filed no later than

19   sixty days from the date of this order.

20          All hearing dates heretofore set in this matter are hereby vacated.

21          Failure to comply with this order may be grounds for the imposition of sanctions on any

22   and all counsel or parties who contributed to the violation of this order.

23   DATED: June 26, 2013

24                                          _allison Clare_____

25                                          ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28

                                              1

suth2391.58b