UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM YOUNG SUTHERLAND, | No. 2:09-cv-2391 WBS DAD P |
| Plaintiff, | |
| v. | ORDER |
| S. HERMANN, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 8, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 8, 2014, are adopted in full.

2. The motions to vacate settlement (Docket Nos. 123, 125 and 126) and the motion to vacate the settlement or in the alternative for breach of settlement agreement (Docket No. 130) are DENIED.

Dated:  September 22, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

hm
suth2391.805

2